

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA JULYSARAVI,<br><br>                         Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                       Respondents. | Case No.:  26-cv-2251-RSH-BJW<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

On April 9, 2026, petitioner Reza Julysaravi filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner contends that his immigration detention without a bond hearing pending removal proceedings has become unduly prolonged in violation of the due process clause. Petitioner requests his immediate release, or alternatively, a bond hearing at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. Respondents do not oppose a bond hearing. ECF No. 8.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for Petitioner before an immigration court within ***seven (7) days*** of this order, at which the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. The Court declines to order Petitioner's immediate release or further injunctive relief, as the Petition does not set

26-cv-2251-RSH-BJW

forth an adequate legal basis for such relief.

**IT IS SO ORDERED.**

Dated: April 21, 2026

_____

Hon. Robert S. Huie
United States District Judge

26-cv-2251-RSH-BJW